1  QUIN DENVIR, Bar #49374
   Federal Defender
2  ROBERT W. RAINWATER, Bar #67212
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   TRINNITY VIDAURRI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:04-cr-0015 AWI |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE, AND ORDER THEREON |
| TRINNITY VIDAURRI, | |
| Defendant. | Date: June 13, 2005<br>Time: 9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference in the above entitled matter now set for May 16, 2005, may be continued to **June 13, 2005, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///

///

///

///

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: May 12, 2005 | By: /s/ David L. Gappa<br>DAVID L. GAPPA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|  | QUIN DENVIR<br>Federal Public Defender |
| DATED: May 12, 2005 | By: /s/ Robert W. Rainwater<br>ROBERT W. RAINWATER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Trinnity Vidaurri |

**ORDER**

IT IS SO ORDERED.

**Dated:   May 13, 2005**          /s/ Anthony W. Ishii
0m8i78                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue S/C                    2