
FILED
MAY 12 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:05-CR-15 AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| Trinnity Vidaurri, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on May 11, 2009, to 35 Days Custody,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.


DATED: 5-12-09

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1